**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1825**

In re:  MIGUEL ANGEL PARRAL,

      Petitioner.

On Petition for Writ of Mandamus.  (1:12-cr-00407-TSE-1)

Submitted:  January 16, 2019                 Decided:  February 15, 2019

Before GREGORY, Chief Judge, MOTZ, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Miguel Angel Parral, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Angel Parral petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 3582(c)(2) (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court issued a ruling on Parral's motion on November 29, 2018. Accordingly, because the district court has recently decided Parral's motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*